**Pamela J. SHARP, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7100.**

United States Court of Appeals, Federal Circuit.

Nov. 18, 2011.

Sandra E. Booth, of Columbus, Ohio, argued for claimant-appellant.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Meredyth Cohen Havasy, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before LOURIE, LINN, and PROST, Circuit Judges.

PER CURIAM.

Pamela J. Sharp ("Sharp") appeals from a decision of the United States Court of Appeals for Veterans Claims denying entitlement to attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Sharp v. Shinseki,* No. 07–2481(E), 2011 WL 383935 (Vet.App. Feb. 8, 2011). Sharp's appeal does not present a constitutional issue or a question of law. Rather, her appeal would require this court to review questions of fact and application of law to fact. Under 38 U.S.C. § 7292(d)(2), however, we lack jurisdiction to review such factual determinations. We must therefore dismiss Sharp's appeal.

For the foregoing reasons, we dismiss the appeal for lack of jurisdiction.

**DISMISSED.**

Costs

Each party shall bear its own costs.

**SE–KURE CONTROLS, INC., Plaintiff–Appellee,**

v.

**VANGUARD PRODUCTS GROUP, INC., and Telefonix, Inc., Defendants–Appellants.**

**No. 2011–1169.**

United States Court of Appeals, Federal Circuit.

Nov. 21, 2011.

Richard D. Harris, Greenberg Traurig, LLP, of Chicago, IL, argued for plaintiff-

appellee. With him on the brief was Herbert H. Finn. Of counsel was Cameron M. Nelson.

Lee F. Grossman, Grossman Law Offices, of Chicago, IL, argued for defendants-appellants. With him on the brief was Mark M. Grossman.

Before NEWMAN, PLAGER, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Christopher A. Bowen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kenneth M. Dintzer, Assistant Director.

NEWMAN, PLAGER, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

William H. ARMSTRONG, Petitioner,

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 2011–3015.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2011.

Kevin E. Byrnes, Grad, Logan & Klewans, P.C. of Falls Church, Virginia, argued for petitioner.

Jerry Allen CLARK, Appellant,

v.

**Eric H. HOLDER, Jr., Attorney General, Appellee.**

No. 2011–1505.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2011.